1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-401 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| VIRGINIA BUSEY FERRARI, and GUY FERRARI, | ) | |
| Defendants. | ) | DATE: November 25, 2008<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

<u>Stipulation</u>

The government and counsel for Virginia Ferrari hereby stipulate that the status conference scheduled for November 12, 2008, at 9:15 a.m., may be continued to November 25, 2008, at 9:15 a.m.  Guy Ferrari, who is seriously ill, has not yet been arraigned and the government has just filed an un-opposed request and proposed order that his arraignment be dropped from calendar indefinitely. The government and Virginia Ferrari are engaged in plea negotiations which may result in the government moving to dismiss all the charges against Guy Ferrari.  The parties need a little additional time to finalize their written plea agreement.

///

1    The parties further stipulate that the interests of justice
2 weigh in favor of this continuance to give counsel reasonable time
3 to prepare, and that time may be excluded from the Speedy Trial Act
4 calculation, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
5    The undersigned prosecutor has obtained the permission of Ms.
6 Ferrari's counsel for her to sign this stipulation on their behalf.

7 DATED:   November 10, 2008           McGREGOR W. SCOTT
                                       United States Attorney
8

9                                by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
10                                     Assistant U.S. Attorney

11

12 DATED:   November 10, 2008            /s/ Samantha S. Spangler, for
                                       Marcus S. Topel
13                                     Lyn R. Agre
                                       Counsel for Virginia Ferrari
14

15                                 Order

16    Good cause appearing, the status conference regarding defendant
17 Virginia Ferrari, presently scheduled for November 12, 2008, shall
18 be continued to November 25, 2008, at 9:15 a.m., and time is
19 excluded until that date from the Speedy Trial Act calculation
20 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The Court finds
21 that the interests of the defendant in obtaining this reasonable
22 continuance outweigh the interests of the public and the defendant
23 in a speedy trial.
24    IT IS SO ORDERED.
25 DATED: November 10, 2008

                                       _____
26                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
27                                     UNITED STATES DISTRICT COURT
28