# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Virginia Ferrari,<br><br>        Defendant. | No. 18-mc-00010-MCE-CKD<br><br><br>**RELATED CASE ORDER** |
| Unite States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Virginia Ferrari, et al.,<br><br>        Defendants. | No. 08-cr-00401-LKK |

The Court has received the Notice of Related Case filed on February 1, 2018. See E.D. Cal. Local Rule 123. The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

///

1

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: February 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE